# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 19-00561-MWF (AS) | Date | August 28, 2019 |
|---|---|---|---|
| Title | Branlett Eugene Kimmons v. Dean Borders, et. al., | | |

Present: The Honorable Alka Sagar, United States Magistrate Judge

| Alma Felix | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE RE LACK OF PROSECUTION**

On March 28, 2019, Plaintiff, a California prisoner, proceeding pro se, filed a Civil Rights Complaint ("Complaint") pursuant to 42 U.S.C. § 1983. (Dkt. No. 1). The Court subsequently granted Plaintiff's application to proceed in forma pauperis. (Dkt. No. 4). On April 19, 2019, the Court issued an order dismissing Plaintiff's Complaint with leave to amend. (Dkt. No. 5). Plaintiff was directed to "file a First Amended Complaint no later than 30 days from the date of th[e] Order." (Id. at 10). Plaintiff was "explicitly cautioned that failure to timely file a First Amended Complaint, or failure to correct the deficiencies described [in the Order], may result in a recommendation that this action, or portions thereof, be dismissed with prejudice for failure to prosecute and/or failure to comply with court orders." (Id. at 11). On May 15, 2019, the Court granted Plaintiff's request for an extension of time to file a First Amended Complaint. (Dkt. No. 7). Plaintiff was directed to file a First Amended Complaint no later than July 19, 2019. Id.

To date, Plaintiff has failed to file a First Amended Complaint, request an extension of time to do so, or otherwise communicate with the Court. Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, in writing, no later than **September 27, 2019**, why this action should not be dismissed with prejudice for failure to prosecute. This Order will be discharged upon the filing of a First Amended Complaint that cures the deficiencies in the last pleading or upon the filing of a declaration under penalty of perjury stating why Plaintiff is unable to file a First Amended Complaint. A copy of the Court's April 19, 2019 Order is attached for Plaintiff's convenience.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 19-00561-MWF (AS) | Date | August 28, 2019 |
|---|---|---|---|
| Title | Branlett Eugene Kimmons v. Dean Borders, et. al., | | |

**If Plaintiff no longer wishes to pursue this action, he may request a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a). <u>A notice of dismissal form is attached for Plaintiff's convenience.</u> Plaintiff is warned that a failure to timely respond to this Order will result in a recommendation that this action be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey court orders.**

cc: Michael W. Fitzgerald
    United States District Judge

.

|  | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | AF |