**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION**

| | |
|---|---|
| BRANLETT EUGENE KIMMONS, ) | Case No. EDCV 19-00561-MWF (AS) |
| Plaintiff, ) | |
| v. ) | **JUDGMENT** |
| DEAN BORDERS, et. al., ) | |
| Defendants. ) | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: March 16, 2020

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE